IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                             ) | CRIMINAL ACTION: 1:14-00013-KD-N |
| ) | |
| TIMOTHY EARL MOSLEY II,        ) | |
|    Defendant.                  ) | |

**ORDER**

This action is before the Court on Timothy Early Mosley II (Mosley)'s Motion for Reconsideration of Sentence. (Doc. 70).

On April 17, 2014, Mosley pled guilty to Count I of the Indictment charging a felon in possession of a firearm (18 U.S.C. §§ 922(g)(1) and 924(a)(2)). On July 21, 2014, Mosley was sentenced to a term of 100 months and three (3) years of supervised release. (Doc. 30). Mosley's supervision commenced on November 17, 2021. Mosley's supervised release has since been revoked three times. (Docs. 46, 57, 69).

Most recently, on December 11, 2023, Mosley was sentenced to a term of six (6) months and 23 months of supervised release. (Doc. 69). In the present motion, appearing *pro se*, Mosley moves the Court to reconsider his six (6) month sentence, requesting that he serve only 90 days in the custody of the Bureau of Prisons and serve the remaining 90 days at a federal halfway house. (Doc. 70). He argues that such will allow him to work and help his wife pay the bills, adding that he will subsequently enter a 6 month drug treatment program. (Id.)

"Federal courts are forbidden, as a general matter, to 'modify a term of imprisonment once it has been imposed,' 18 U.S.C. § 3582(c); but the rule of finality is subject to a few narrow exceptions." Freeman v. United States, 564 U.S. 522, 526 (2011), *holding modified by* Hughes v. United States, 138 S.Ct. 1765 (2018). Section 3582(c) states that an imposed term of imprisonment may be reduced

when there are "extraordinary and compelling reasons [that] warrant such a reduction" or "the defendant is at least 70 years of age" and certain factors are met. 18 U.S.C. § 3582(c)(1)(A)(i) & (ii). The Court "may modify an imposed term of imprisonment" if a statute expressly permits the modification, or by way of Rule 35 of the Federal Rules of Criminal Procedure. 18 U.S.C. § 3582(c)(1)(B). The Court may modify an imposed term of imprisonment when the defendant's "sentencing range has subsequently been lowered by the Sentencing Commission," and certain other factors are met. 18 U.S.C. § 3582(c)(2). Modification or vacation of a sentence may be available under 28 U.S.C. § 2255, or U.S.C. § 2241.

Upon consideration, the grounds asserted in Mosley's motion are not within the purview of any statute or rule that provides for modification or reduction of a sentence. Accordingly, it is **ORDERED** that Mosley's Motion (Doc. 70) is **DENIED.**

**DONE** and **ORDERED** this the **7th** day of **February 2024.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**